**No. 11-7198. James Scott, Jr., Petitioner v. United States.**

565 U.S. 1086, 132 S. Ct. 833, 181 L. Ed. 2d 540, 2011 U.S. LEXIS 8698.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 436 Fed. Appx. 280.

**No. 11-7201. Rickey Jackson, Petitioner v. United States.**

565 U.S. 1086, 132 S. Ct. 833, 181 L. Ed. 2d 540, 2011 U.S. LEXIS 8803.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-7218. Darryl Wayne Gardner, Jr., Petitioner v. United States.**

565 U.S. 1086, 132 S. Ct. 834, 181 L. Ed. 2d 540, 2011 U.S. LEXIS 8786.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 444 Fed. Appx. 361.

**No. 11-7219. Jeffrey Daniel Greer, Petitioner v. United States.**

565 U.S. 1086, 132 S. Ct. 834, 181 L. Ed. 2d 540, 2011 U.S. LEXIS 8704.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 640 F.3d 1011.

**No. 11-7220. Richard Wayne Hoyt, Petitioner v. United States.**

565 U.S. 1087, 132 S. Ct. 834, 181 L. Ed. 2d 540, 2011 U.S. LEXIS 8727.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 441 Fed. Appx. 111.

**No. 11-7221. Roselio Garcia-Aguilera, Petitioner v. United States.**

565 U.S. 1087, 132 S. Ct. 834, 181 L. Ed. 2d 540, 2011 U.S. LEXIS 8764.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 441 Fed. Appx. 161.

**No. 11-7223. Glenn Harper, Petitioner v. United States.**

565 U.S. 1087, 132 S. Ct. 834, 181 L. Ed. 2d 540, 2011 U.S. LEXIS 8751.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 421 Fed. Appx. 108.

**No. 11-7226. Evelio Flores-Santos, Petitioner v. United States.**

565 U.S. 1087, 132 S. Ct. 834, 181 L. Ed. 2d 540, 2011 U.S. LEXIS 8715.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 425 Fed. Appx. 746.